# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2019

SEAN F. McAVOY, CLERK

SHERI R.,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| | ) Civil Action No.   2:18-CV-00136-MKD |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion for Summary Judgment (ECF No. 18) is Granted.  The matter is REMANDED to the Commissioner of
Social Security for additional proceedings consistent with the Court's Order at ECF 24.
Defendant's Motion for Summary Judgment (ECF No. 20) is Denied.
Judgment is entered in favor of the Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Mary K. Dimke _____ on cross-motions for summary
    judgment.

Date:   April 12, 2019 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Angela Noel
_____
*(By) Deputy Clerk*

Angela Noel